JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-01880-RGK(RZx) | Date | August 22, 2014 |
|---|---|---|---|
| Title | **PETER CHRISTIAN HESSING-ROPER v. MALIBU TOWING CO., et al** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|

| Sharon L. Williams (Not Present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       **(IN CHAMBERS) Order Dismissing Action for Lack of Prosecution**

On March 12, 2014, Plaintiff filed a Complaint against Defendant alleging violation of 42 U.S.C. § 1983. To date, court records show no proof of timely service of summons and complaint on Defendant. On July 22, 2014, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution. The Court ordered Plaintiff to submit proof of service of summons and complaint no later than July 31, 2014.

On August 18, 2014, Plaintiff filed a response to the Court's OSC. In that response, Plaintiff states that Defendant was served on the same date the Complaint was filed. Plaintiff also makes reference to various documents that were allegedly "ignored by the The Clerk, Judges, and Court."[1] Finally, Plaintiff states that "it is the responsibility by the Clerk of Court, The Judge, and The Court to prepare Summons."

---

[1] It is not entirely clear to which documents Plaintiff refers. However, Court records indicate that Plaintiff filed a "Notice of Assignment," wherein Plaintiff responds to a March 24, 2014 Order Denying Plaintiff's Request for TRO, and offers a proposal for settlement. Handwritten at the bottom of the filing appears to be an attempt to show proof of service. This filing was deemed deficient, as a proof of service must be filed in accordance with Local Rule 503.1.2 and Local Rule 11.

Upon review of Plaintiff's response, the Court finds no good cause for Plaintiff's failure to show proper and timely proof of service. As such, the Court hereby **dismisses the action for lack of prosecution**.

**IT IS SO ORDERED.**

_____   :   _____

**Initials of Preparer**

_____